# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DJAMEL AMEZIANE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   **Civil Action No. 05-392 (ESH)** |
| | ) |
| BARACK OBAMA, *et al.*, | ) |
| | ) |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER

Upon consideration of Respondents' Motion for Continuance of the October 7, 2013 hearing [Dkt. No. 325], and considering the current furloughs of Justice Department attorneys, including those assigned to Guantanamo cases, it is hereby **ORDERED** that the motion is **GRANTED**, and that the hearing scheduled for October 7, 2013 is **VACATED**. The Court will, however, proceed to decide the motion for release expeditiously.

SO ORDERED.

_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 2, 2013